UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $32,000.00 IN U.S. CURRENCY and JONATHAN LOUIS MIRANDA,

Defendants.

No.  2:25-cv-01943 TLN AC

FINDINGS AND RECOMMENDATIONS

This matter is before the court on plaintiff's motion for default judgment.  ECF No. 16. The motion was referred to the undersigned pursuant to E.D. Cal. R. 302(c)(19).  The motion is made ex parte pursuant to Local Rule 540(d).  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.

Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1.	This action arose out of a Verified Complaint for Forfeiture In Rem filed July 10, 2025.

2.	The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant Jonathan Louis Miranda.

3.	The United States has shown that a complaint for forfeiture was filed; that

1

potential claimant Jonathan Louis Miranda received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1.    That Jonathan Louis Miranda be held in default;

2.    That the United States' motion for default judgment and final judgment of forfeiture be granted;

3.    That judgment by default be entered against any right, title, or interest of potential claimant Jonathan Louis Miranda in the defendant currency referenced in the above caption;

4.    That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law;

5.    That the Default Judgment and Final Judgment of Forfeiture lodged by plaintiff (ECF No. 16-3) be signed by the assigned District Judge and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Id.; see also Local Rule 304(b).  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed with the court and served on all parties within fourteen days after service of the objections.  Local Rule 304(d).  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: February 2, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2