UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $32,000.00 IN U.S. CURRENCY and JOHATHAN LOUIS MIRANDA,<br><br>Defendants. | No. 2:25-cv-01943-TLN-AC<br><br>**ORDER** |

The instant action arose out of a Verified Complaint for Forfeiture In Rem and was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On February 3, 2026 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 17.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 3, 2026 (ECF No. 17), are ADOPTED IN FULL;

1

2.  That Jonathan Louis Miranda is held in default;

3.  That Plaintiff's motion for default judgment and final judgment of forfeiture is GRANTED (ECF No. 16);

4.  That judgment by default is entered against any right, title, or interest of potential claimant Jonathan Louis Miranda in the defendant currency referenced in the above caption;

5.  That a final judgment is entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

6.  That the Default Judgment and Final Judgment of Forfeiture is lodged by Plaintiff (ECF No. 16-3) signed by the assigned District Judge and filed by the Clerk of the Court.

IT IS SO ORDERED.

Date: April 6, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2